IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERNEST LEE WALKER, SR.,** ) | |
| AIS #253353 ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. 1:20-cv-531-JB-N |
| v. ) | |
| ) | |
| **KENNETH PETERS**, *et al.*, ) | |
|     Respondents. ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 24) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated February 22, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Earnest Walker Sr.'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) dated October 17, 2020 be **DISMISSED with prejudice** for the reasons stated therein. (*See* Doc. 24).

Additionally, Walker is not entitled to a Certificate of Appealability in relation to this final adverse order, and the Court **CERTIFIES** any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Walker is not entitled proceed *in forma pauperis* on appeal.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 8th day of March, 2024.

                                                         /s/ JEFFREY U. BEAVERSTOCK
                                                      CHIEF UNITED STATES DISTRICT JUDGE