IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERNEST LEE WALKER, SR.,** <br> **AIS #253353** <br>      Petitioner, <br> <br> v. <br> <br> **KENNETH PETERS,** *et al.*, <br>      Respondents. | ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 1:20-cv-531-JB-N** <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ADJUDGED** and **DECREED** that Petitioner Earnest Walker's action is **DISMISSED with prejudice** and that **JUDGMENT** is entered in favor of Respondent Kenneth Peters.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 8th day of March, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE